THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ATAKILTE BERHANE,<br><br>   Defendant. | CASE NO. CR20-0033-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's contested motion to modify bond conditions (Dkt. No. 52). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

## I.   BACKGROUND

On February 19, 2020, following his arrest, Defendant made an initial court appearance and was charged with one count of conspiracy to distribute controlled substances. (*See* Dkt. No. 6.) Two days later, the Honorable Mary Alice Theiler, United States Magistrate Judge, presided over Defendant's detention hearing and ordered him released on bond with location monitoring. (*See* Dkt. Nos. 13, 14.) Defendant now moves the Court to strike the location monitoring condition. (Dkt. No. 52.)

## II.   DISCUSSION

Since his detention hearing, Defendant has been under the supervision of Ben Beetham

and John Moore of Pretrial Services and has complied with all conditions of his bond. (*Id.* at 2.) Defendant has considerable familial ties in the community and is not a frequent traveler. (*Id.*) Defendant also has no criminal history and has attended all of his scheduled court hearings. (*Id.*)

Mr. Beetham and Mr. Moore both support Defendant's motion to modify his bond conditions by removing the condition ordering location monitoring. (*Id.*) Furthermore, Defendant is not accused of a violent crime and does not appear to be a danger to the community, thus reducing the need for location monitoring. (*Id.*) Therefore, the Court finds that modifying Defendant's appearance bond to remove the location monitoring condition is appropriate. *See* 18 U.S.C. § 3142(c)(3).

### III.   CONCLUSION

For the foregoing reasons, Defendant's motion for modification of bond conditions (Dkt. No. 52) is GRANTED. The Court hereby STRIKES the location monitoring condition from Defendant's appearance bond. All other conditions shall remain in effect.

DATED this 10th day of June 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE