THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0033-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ATAKILTE BERHANE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the pretrial motions deadline (Dkt. No. 59). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. Pretrial motions must be filed no later than July 15, 2020.

DATED this 7th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR20-0033-JCC
PAGE - 1