THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ATAKILTE BERHANE,<br><br>　　　　　　　Defendant. | CASE NO. CR20-0033-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on Defendant's second unopposed motion to continue the pretrial motions deadline (Dkt. No. 70). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. Pretrial motions must be filed no later than July 22, 2020.

　　　DATED this 16th day of July 2020.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR20-0033-JCC
PAGE - 1